Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER/ BURROUGHS
603 Rose Avenue
Venice, CA 90291
Tel: 310. 590.1820

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

AUGUST IMAGE, LLC a New York Limited Liability Company,

Plaintiff,

v.

VEEPS, INC., a Delaware Corporation; and Does 1-50,

Defendants.

Case: 2:25-cv-07723-SVW-MBK
*Hon. Stephen V. Wilson* Presiding

**NOTICE OF SETTLEMENT**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a settlement in principle has been reached to resolve all claims at issue in the action. Because the parties require time to finalize a long form settlement agreement and to fulfill obligations imposed thereby, Plaintiff anticipates the filing of a dismissal of this action with prejudice within forty-five (45) days of this filing. Accordingly, Plaintiff respectfully requests that the Court take all dates off calendar and retain jurisdiction for the purpose of enforcing the settlement agreement between the parties.

Respectfully submitted,

Dated: September 29, 2025

By: /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
DONIGER/BURROUGHS
*Attorneys for Plaintiff*